```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                           FILED
                                                    February 13, 2006


                           No. 06-256
                          3:94-cr-00001-2


In Re: ANTHONY LEE SCOTT

        Movant



                            ---------
                           O R D E R
                            ---------

        Movant has filed a motion pursuant to 28 U.S.C. Section 2244

  for authorization to file a successive application for relief.

        The Court denies the motion.

        Entered at the direction of Judge Luttig with the

  concurrence of Judge Traxler and Senior Judge Hamilton.


                                    For the Court,

                                    /s/ Patricia S. Connor
                                    _____
                                          CLERK
```